146 So. 927

**John WYATT v. STATE.**
**8 Div. 656.**

Court of Appeals of Alabama.
March 7, 1933.

BRICKEN, Presiding Judge.
Affirmed.

145 So. 927

**Carl WYERS v. STATE.**
**6 Div. 226.**

Court of Appeals of Alabama.
Dec. 20, 1932.

SAMFORD, J.
Appeal dismissed.

146 So. 927

**R. E. (alias Bunt, alias Edward) YOUNG v.**
**STATE.**
**8 Div. 747.**

Court of Appeals of Alabama.
Feb. 14, 1933.

RICE, Judge.
Affirmed.

147 So. 927

**Archie ZILLS v. STATE.**
**8 Div. 767.**

Court of Appeals of Alabama.
Feb. 28, 1933.
Rehearing Denied April 11, 1933.

RICE, Judge.
Affirmed.